UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL DeBRUM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>M & F FISHING CO., INC., et al.,<br><br>    Defendant,<br><br>AND RELATED COUNTER-CLAIM. | Case No. CV 01-08403 DDP (SHx)<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR PROTECTIVE ORDER**<br><br>[Application filed on 8/20/02] |

    After conferring with the parties on August 26, 2002, the Court adopts the following order:

    (1)  All depositions of the crew and captain of the F/V Koorale are to go forward in Pago Pago, American Samoa, during September 2002.

    (2)  The depositions shall proceed in the following manner: the plaintiff will select the first two deponents, the defendants will select the next two deponents, and the parties will alternate in the same manner thereafter until all depositions are taken. The parties are to

Priority ✓
Send ✓
Clsd ___
Enter ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK US DISTRICT COURT
AUG 30 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER ON ICMS
SEP - 3 2002

1 arrange the details of this procedure in advance of the
2 first day of depositions.
3 (3) The costs of the conference call held between the parties
4 and the Court on August 26, 2002 are to be divided
5 equally between the parties.
6 (4) All pending ex parte applications relating to this matter
7 are deemed moot and hereby vacated.

IT IS SO ORDERED.

Dated: 8-30-02

*[signature]*
DEAN D. PREGERSON
United States District Judge

2