[Stamps: ENTERED CLERK, U.S. DISTRICT COURT JUL 15 2003 CENTRAL DISTRICT OF CALIFORNIA; FILED CLERK, U.S. DISTRICT COURT JUL 14 2003 CENTRAL DISTRICT OF CALIFORNIA]

✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-6
___ JS-2/JS-3
___ Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL DeBRUM, an individual, | Case No. CV 01-08403 DDP (SHx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| M & F FISHING CO., INC., a corporation, *in personam*, and F/V KOORALE, her engines, tackle, apparel, furniture, and appurtenances, *in rem* | |
| Defendants. | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 90 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: July 14, 2003

DEAN D. PREGERSON
United States District Judge

281